**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Vargas et al**<br>**Plaintiffs**<br>**AGAINST,**<br>**Ebro Dique Group, LLC et al**<br>**Defendants** | **26-cv-6019 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

Defendants' answer is overdue. Defendants are ORDERED to respond by September 21, 2026 or risk default judgment being entered.

**SO ORDERED.**

**Dated:** September 14, 2026

**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**