USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 10/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PORFIRIO NOE PEREZ VARGAS, *et al.*,

Plaintiffs,

-v-

EBRO DIQUE GROUP, LLC, *et al.*,

Defendants.

**ORDER**

26-CV-6019 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On October 28, 2026, this case was referred to the undersigned for general pretrial. ECF No. 45. The parties are directed to file a joint letter, not to exceed three single-spaced pages, providing a status update on this case by **January 12, 2027**.

**SO ORDERED.**

Dated: October 29, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge